An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123

# IN THE SUPREME COURT OF THE STATE OF NEVADA

AARON K. DANIELS,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 63578

**FILED**

SEP 09 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK



## ORDER DISMISSING APPEAL

This is a proper person appeal from a purported decision of the district court denying a post-conviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Douglas W. Herndon, Judge.

No decision, oral or written, had been made on the petition when appellant filed his appeal on July 8, 2013. Because appellant failed to designate an appealable order, we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

cc:    Hon. Douglas W. Herndon, District Judge
        Aaron K. Daniels
        Betsy Allen, Esq.
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk